UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOEL BARCELONA, et al.,

    Plaintiffs,

v.                                                   Case No. 5:18cv180-MCR-CJK

JULIE L. JONES, et al.,

    Defendants.

_____/

REPORT AND RECOMMENDATION

    This matter is before the court on plaintiff's civil rights complaint. (Doc. 1). The complaint was not accompanied by a motion to proceed *in forma pauperis*. In addition, the complaint indicates plaintiff Joel Barcelona is bringing the case as a class action on behalf of 20 inmates at the Northwest Florida Reception Center. (Doc. 1, p. 3). The Eleventh Circuit, however, has "interpreted 28 U.S.C. § 1654, the general provision permitting parties to proceed *pro se*, as providing 'a personal right that does not extend to the representation of the interests of others.'" *Bass v. Benton*, 408 F. App'x 298, 298-299 (11th Cir. 2011) (*quoting Timson v. Sampson*, 518 F.3d 870, 873 (11th Cir. 2008)); *see also Oxendine v. Williams*, 509 F.2d 1405, 1407 (4th Cir. 1975) ("[I]t is plain error to permit [an] imprisoned litigant who is unassisted by counsel to represent his fellow inmates in a class action."). Because this case cannot proceed as a class action, the complaint should be dismissed without

prejudice. *See Bowens v. Turner Guilford Knight Detention*, 510 F. App'x 863 (11th Cir. 2013) (affirming district court's decision to: (1) dismiss § 1983 suit brought on behalf of six inmates; and (2) require each inmate to "file a new, individual complaint, and either pay the full filing fee or submit an individual motion to proceed *in forma pauperis*").

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 16th day of August, 2018.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.